## APPORTIONMENT OF SANILAC COUNTY
## BOARD OF SUPERVISORS.

1. COUNTIES—BOARD OF SUPERVISORS—APPORTIONMENT—PETITION FOR REVIEW.

   Apportionment plan for the Sanilac county board of supervisors submitted by the Sanilac county apportionment commission following a petition for review of the original apportionment of the county board is the plan that best conforms to constitutional guidelines (PA 1966, No 261).

2. ELECTIONS—COUNTIES—BOARD OF SUPERVISORS—APPORTIONMENT —DURATION.

   Apportionment plan for a county government approved for the 1968 elections is to be effective until the United States official decennial census figures are available.

3. SAME—COUNTY OFFICIALS—QUALIFICATION OF CANDIDATES—REAPPORTIONMENT OF COUNTY BOARD OF SUPERVISORS.

   Candidates for county board of supervisors under original apportionment plan shall be considered candidates for that office from the district in which they reside under new plan approved by Court of Appeals.

4. SAME—COUNTY SUPERVISORS—FILING DEADLINE.

   Filing deadline for candidates for county supervisor shall be July 5, 1968, for the 1968 elections only, and the qualifications of the candidates and the sufficiency of their petition shall be judged by the standards of original apportionment plan, which is otherwise superseded by revised plan approved by Court of Appeals.

Original statutory action in Court of Appeals to review apportionment plan. Submitted Division 2

REFERENCES FOR POINTS IN HEADNOTES

[1–4] 25 Am Jur 2d, Elections §§ 16, 22 *et seq.*

July 1, 1968, at Lansing. (Docket Nos. 5,753 and 5,754.) Decided July 2, 1968.

Petition by Eugene W. Carman and John B. Weaver for review of the apportionment plan for the Sanilac County Board of Supervisors. Petition granted. Apportionment plan of Sanilac County Apportionment Commission approved.

*Atkins & Drillock,* for petitioners.

PER CURIAM. In this cause a petition for review of the apportionment plan[1] for the Sanilac County Board of Supervisors having been filed pursuant to PA 1966, No 261 [MCLA § 46.406 (Stat Ann 1968 Cum Supp § 5.359[6])]; and oral arguments having been presented before this Court on July 1, 1968;

[1] *SANILAC*
15 Districts
(Approved by Sanilac County Board of Supervisors on May 16, 1968).

| District | | | | |
|---|---|---|---|---|
| 6 | 1653 | | Maximum Population Variance Ratio | 1:1.89 |
| 5 | 1768 | | | |
| 15 | 1817 | | Minimum Population Electing a Majority | 46.8% |
| 3 | 1845 | | | |
| 9 | 1856 | | | |
| 10 | 2023 | | Average Population of District | 2145 Total = 32,314 |
| 7 | 2066 | | | |
| 4 | 2097 | | | |
| | | 15,125 or 46.8% | | |
| 11 | 2172 | | Deviation of Largest District from Average | 966 or 44.85% Total = 3120 |
| 1 | 2186 | | | |
| 14 | 2240 | | | |
| 12 | 2277 | | | |
| 13 | 2544 | | | |
| 2 | 2650 | | Deviation of Smallest District from Average | 501 or 23.26% Total = 1653 |
| 8 | 3120 | 17,189 32,314 | | |

and this Court having requested from the bench the filing of a new apportionment plan more in conformance with the constitutional requirement for districts of substantially equal population; and two individual new plans having been filed on July 2, 1968 by the Board of Supervisors of Sanilac County[2] and the Apportionment Commission of Sanilac County;[3] therefore,

It is ordered that the plan adopted and filed with this Court by the Apportionment Commission of Sanilac County on July 2, 1968 be, and the same

[2] *SANILAC*
8 Districts
(Submitted by Sanilac County Board of Supervisors on July 2, 1968).

| District | | | | |
|---|---|---|---|---|
| 4 | 3875 | | Maximum Population Variance Ratio | 1:1.12 |
| 6 | 3898 | | | |
| 3 | 3908 | | Minimum Population Electing a Majority | 60.64% |
| 7 | 3925 | | | |
| 8 | 3989 | | | |
| | | 19,595 or 60.06% | Average Population of District | 4039 Total = 32,314 |
| 2 | 4081 | | Deviation of Largest District from Average | 313 or 7.74% Total = 4352 |
| 1 | 4286 | | | |
| 5 | 4352 | | | |
| | | 12,719 32,314 | Deviation of Smallest District from Average | 164 or 4.06% Total = 3875 |

[3] *SANILAC*
5 Districts
(Approved by Sanilac County Apportionment Commission on July 1, 1968).

| District | | | | |
|---|---|---|---|---|
| 1 | 6229 | | Maximum Population Variance Ratio | 1:1.07 |
| 2 | 6352 | | | |
| 5 | 6539 | | Minimum Population Electing a Majority | 59.17% |
| | | 19,120 or 59.17% | Average Population of District | 6463 Total = 32,314 |
| 3 | 6550 | | | |
| 4 | 6644 | | Deviation of Largest District from Average | 181 or 2.8% Total = 6644 |
| | | 13,194 or 32,314 | Deviation of Smallest District from Average | 234 or 3.62% Total = 6229 |

hereby is, the approved apportionment plan under which elections for the office of county board of supervisors in Sanilac County shall be conducted for the primary and general elections of 1968, and the approved plan shall be the official apportionment plan for Sanilac County until the next United States official decennial census figures are available.

It is further ordered that the approved plan shall be filed with the county cerk who shall forthwith file such plan with the secretary of State pursuant to the requirement of PA 1966, No 261.

It is further ordered that those candidates for the office of supervisor who have filed their candidacy under the apportionment plan originally filed with the county clerk on May 16, 1968, and filed pursuant to the filing deadline of Enrolled Senate Bill No 23 of the regular session of 1968,[4] and are otherwise qualified under the laws of this State, shall be candidates for the district within which they reside under the plan approved by this Court this day.

It is further ordered that the filing deadline for the 1968 election only shall be at 4:00 p.m. EDT on July 5, 1968, and that the sufficiency of the petitions and other qualifications for the candidacy of the office of supervisor for the 1968 elections only, shall be controlled by the requirements that would have been necessary under the plan filed with the county clerk on May 16, 1968.

This order shall be delivered to the State Reporter and published in the official reports of the Court of Appeals.

LESINSKI, C. J., and J. H. GILLIS and LEVIN, JJ., concurred.

---

[4] PA 1968, No 153.